United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LORENSO and AMELIA PASILLAS,

    Plaintiffs,

    v.

DEUTSCHE BANK NAT'L TRUST CO. *et al.*,

    Defendants.

Case No.: C-11-06657 YGR

**ORDER REGARDING PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS AND MOTION TO STRIKE**

On March 9, 2012, Defendants filed a Motion to Dismiss and a Motion to Strike.  Dkt. Nos. 14 & 15.  The hearing on these motions is set for April 24, 2012.  Plaintiffs' oppositions were due on March 23, 2012.  Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to respond to either Motion.  <u>Plaintiffs shall file their opposition to the Motion to Dismiss and the Motion to Strike by April 12, 2012.  Failure to file the oppositions by that date will result in dismissal of the action against these Defendants for failure to prosecute.</u>  If Plaintiffs submit oppositions by this date, Defendants shall reply by April 19, 2012.

The hearing date of April 24, 2012 is hereby **VACATED**.  The Court re-sets the hearing for May 1, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 29,  2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**