United States District Court
Northern District of California

1

2

3                    **UNITED STATES DISTRICT COURT**

4                    **NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

8    LORENSO and AMELIA PASILLAS,                      Case No.: C-11-06657 YGR

9            Plaintiffs,                               **ADDITIONAL ORDER REGARDING
                                                       PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
10           v.                                        **MOTION TO DISMISS**

11   DEUTSCHE BANK NAT'L TRUST CO. *et al.*,

12           Defendants.

13

14         On February 21, 2012, Defendants Deutsche Bank National Trust Company and OCWEN

15   Loan Servicing, LLC ("Defendants") filed a Motion to Dismiss.  Dkt. No. 4.  The hearing on that

16   motion is set for April 10, 2012.  Plaintiffs' opposition was due on March 13, 2012.  Civ. L.R. 7-3(a).

17         To date, Plaintiffs have failed to respond to the Motion.  Plaintiffs shall file an opposition to

18   the Motion to Dismiss by April 12, 2012.  Failure to file an opposition by that date will result in

19   dismissal of the action against these Defendants for failure to prosecute.  If Plaintiffs submit an

20   opposition by this date, Defendants shall reply by April 19, 2012.

21         The hearing date of April 10, 2012 is hereby **VACATED**.  The Court re-sets the hearing for May

22   1, 2012 at 2:00 p.m.

23         **IT IS SO ORDERED.**

24

25   Dated: March 29, 2012

26                                                     _____
                                                       **YVONNE GONZALEZ ROGERS**
27                                                     **UNITED STATES DISTRICT COURT JUDGE**

28