# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENSO and AMELIA PASILLAS,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NAT'L TRUST CO. *et al.*,<br><br>Defendants. | Case No.: C-11-06657 YGR<br><br>**ADDITIONAL ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On February 21, 2012, Defendants Deutsche Bank National Trust Company and OCWEN Loan Servicing, LLC ("Defendants") filed a Motion to Dismiss. Dkt. No. 4. The hearing on that motion is set for April 10, 2012. Plaintiffs' opposition was due on March 13, 2012. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to respond to the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss by April 12, 2012. Failure to file an opposition by that date will result in dismissal of the action against these Defendants for failure to prosecute.</u> If Plaintiffs submit an opposition by this date, Defendants shall reply by April 19, 2012.

The hearing date of April 10, 2012 is hereby **VACATED**. The Court re-sets the hearing for May 1, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**