# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENSO and AMELIA PASILLAS,<br>　　　Plaintiffs,<br>　　v.<br>DEUTSCHE BANK NAT'L TRUST CO. *et al.*,<br>　　　Defendants. | Case No.: C-11-06657 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On February 21, 2012, Defendants Deutsche Bank National Trust Company and OCWEN Loan Servicing, LLC filed a Motion to Dismiss. Dkt. No. 4. On March 9, 2012, the remaining Defendants filed a Motion to Dismiss and a Motion to Strike. Dkt. Nos. 14 & 15. Plaintiffs' oppositions to these motions were due on March 13, 2012 and March 23, 2012. Civ. L.R. 7-3(a).

After Plaintiffs failed to oppose any of these motions, on March 29, 2012, the Court ordered Plaintiffs to file oppositions to the Motions by no later than April 12, 2012, or face dismissal of the action for failure to prosecute. Dkt. Nos. 19 & 20. Plaintiffs again failed to respond.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The May 1, 2012 hearing is hereby **VACATED**.

This Order Terminates Docket Numbers 4, 14 & 15.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**